DISMISS; Opinion Filed January 16, 2013.



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-11-01339-CV

## IN THE INTEREST OF J.B.T., M.H.T., AND P.L.T., CHILDREN

On Appeal from the 199th Judicial District Court
Collin County, Texas
Trial Court Cause No. 199-54695-07

## MEMORANDUM OPINION

Before Justices Moseley, Francis, and Lang

Before the Court is the joint motion to dismiss the appeal filed by the parties. The parties have reached a settlement and request the appeal be dismissed. We **GRANT** the motion. Pursuant to the agreement of the parties, we **DISMISS** the appeal. Costs are taxed against appellant Joseph B. Taylor. TEX. R. APP. P. 42.1(a), (d). We **DIRECT** the Clerk to issue the mandate forthwith.

PER CURIAM

111339F.P05



# Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

IN THE INTEREST OF J.B.T., M.H.T., AND P.L.T., CHILDREN

No. 05-11-01339-CV

Appeal from the 199th Judicial District Court of Collin County, Texas. (Tr.Ct.No. 199-54695-07).
Opinion delivered by Justice Moseley, Justices Francis and Lang participating.

In accordance with this Court's opinion of this date, this appeal is **DISMISSED**. It is **ORDERED** that appellee Monica M. Taylor recover her costs of this appeal from appellant Joseph B. Taylor.

Judgment entered January 16, 2013.

_____
JIM MOSELEY
JUSTICE